IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS MARK HARRIS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:26cv1507 |
| | ) | **Electronic Filing** |
| **WARDEN OF SCI GREENE**, and | ) | |
| **DISTRICT ATTORNEY of** | ) | |
| **ALLEGHENY COUNTY**, | ) | |
| | ) | |
| RespondentS. | ) | |

**MEMORANDUM ORDER**

Petitioner Thomas Mark Harris filed a petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2254, seeking to challenge his criminal convictions in the Court of Common Pleas of Allegheny County for 1) Second Degree Murder at Docket No. CP-02-CR-1337-1991 and 2) Robbery at Docket No, CP-02-CR-5163-1991. The case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 5) filed on July 28, 2026, recommended that the petition be dismissed for lack of jurisdiction and that a certificate of appealability be denied. Petitioner was informed that objections to the Report and Recommendation were due by August 14, 2026. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 29th day of October, 2026,

IT IS ORDERED that [4] the Petition be, and the same hereby is, dismissed for lack of jurisdiction. The [5] Report and Recommendation of Magistrate Judge Maureen P. Kelly dated July 28, 2026, is adopted as the opinion of the Court; and

IT FURTHER IS ORDERED that the concomitant request for a certificate of appealability be, and the same hereby is, denied. The Clerk shall mark the case CLOSED.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Thomas Mark Harris
BN-9618
SCI Greene
169 Progress Drive
Waynesburg, PA 15370

(*Via United States Postal Service mail*)